**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
VICTOR M. GUZMAN,

                Plaintiff,                22 **CIVIL** 10270 (ER)(SN)

      -v-                                <u>**JUDGMENT**</u>

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 22, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including, if necessary, a new hearing and decision.

**Dated:**  New York, New York
          August 22, 2023

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                            **Clerk of Court**

                             **BY:**       *K. Mango*

                                                            _____
                                                            **Deputy Clerk**